IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02348-RM-BNB

MILTON BRADLEY GAREWAL,

Plaintiff,

v.

U.S. MARSHAL JOROME SLIZ,
U.S. MARSHAL GILLIAN FLECK,
DR. CRUM,
NURSE JOHNSON, and
THE NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Clarification Pertaining to Plaintiff Questions** [Doc. #71, filed 08/08/2013] (the "Motion"). The Motion is DENIED.

The plaintiff seeks clarification of my Recommendation [Doc. #60] (the "Recommendation") accepting the plaintiff's Third Amended Complaint for filing and recommending that Claim Three of the Third Amended Complaint be dismissed as legally frivolous. The Recommendation does not need clarification.

In addition, the plaintiff asks several questions pertaining to the prosecution of his case. The court does not provide legal advice.

IT IS ORDERED that the Motion is DENIED.

Dated August 15, 2013.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge