IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02348-RM-BNB

MILTON BRADLEY GAREWAL,

Plaintiff,

v.

UNKNOWN U.S. MARSHAL, Individually and in his Official Capacity Acting Under Color of Law,
UNKNOWN U.S. MARSHAL, Individually and in her Official Capacity Acting Under Color of Law,
DR. CRUM, Individually and in his Official Capacity Acting Under Color of Law,
NURSE JOHNSON, Individually and in her Official Capacity Acting Under Color of Law,
DENVER COUNTY JAIL, and
DENVER HEALTH,

Defendants.

_____

**ORDER**
_____

Before me are the following motions:

(1) **Motion to Enter Plaintiff's Medical Records as Evidence** [Doc. #86, filed 11/13/2013] (the "Plaintiff's Motion"); and

(2) **Motion to Extend Discovery and Dispositive Motion Deadlines and to Stay Discovery** filed by defendants Sliz and Fleck [Doc. #90, filed 11/29/2013) (the "Defendants' Motion").

The plaintiff seeks to "enter his medical records into evidence." There are no matters pending that require evidentiary support, however. Separately, I have recommended that the plaintiff's claims be dismissed for failure to state a claim upon which relief can be granted. My recommendations are based on the allegations of the Complaint and the attachments to the

Complaint. Even if the proffered medical records had been considered in my analysis, they would not change my recommendations. The Plaintiff's Motion is DENIED.

The defendants request that discovery be stayed and that the court extend the discovery and dispositive motion deadlines 30 and 60 days, respectively, after the court issues an order on the motions to dismiss. The Defendants' Motion is GRANTED.

IT IS ORDERED:

(1)  The plaintiff's Motion to Enter Plaintiff's Medical Records as Evidence [Doc. #86] is DENIED; and

(2)  Defendants Sliz and Fleck's Motion to Extend Discovery and Dispositive Motion Deadlines and to Stay Discovery [Doc. #90] is GRANTED.

Dated December 9, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge